UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES E. O'CAIN,

             Petitioner,

  v.

PATRICK GLEBE,

             Respondent.

NO. C15-118-RAJ

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and Mr. O'Cain's objections, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's habeas petition, Dkt. 8, is DENIED as time barred, and this action is DISMISSED with prejudice.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

DATED this 31st day of August, 2015.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1